```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05788
   MARY P BRAGGS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7391


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/31/2007 and was confirmed 08/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was dismissed after confirmation 10/01/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED VEHIC    17635.00         1649.80         5262.86
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED            .00             .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         5724.29              .00             .00
CREDIT COLLECTION SERVIC  UNSECURED        NOT FILED            .00             .00
DELL FINANCIAL SERVICES   UNSECURED           90.11             .00             .00
MEDICAL PAYMENT DATA      UNSECURED        NOT FILED            .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED            .00             .00
NICOR GAS                 UNSECURED        NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        1651.55              .00             .00
PROGRESSIV MANAGEMENT SY  UNSECURED        NOT FILED            .00             .00
WELLS FARGO FINANCIAL IN  UNSECURED        5827.96              .00             .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE         .00             .00             .00
BANK OF NEW YORK          NOTICE ONLY      NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  UNSECURED        6791.02              .00             .00
DELL FINANCIAL SERVICES   SECURED NOT I     200.00              .00             .00
FRECH LICK CONDO ASSO     SECURED NOT I    NOT FILED            .00             .00
WALTON DENTAL ASSOC       UNSECURED        NOT FILED            .00             .00
CCS                       UNSECURED        NOT FILED            .00             .00
CITY OF CHICAGO PARKING   NOTICE ONLY      NOT FILED            .00             .00
DELL FINANCIAL SVCS       UNSECURED        NOT FILED            .00             .00
INFECTIOUS DISEASE SPECI  UNSECURED        NOT FILED            .00             .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED            .00             .00
LINEBARGER GOGGAN BLAIR   UNSECURED        NOT FILED            .00             .00
MIDWEST EMERGENCY ASSO    UNSECURED        NOT FILED            .00             .00
PRIMARY CARE PARTNERS     UNSECURED        NOT FILED            .00             .00
RADIOLOGY IMAGING CONSUL  UNSECURED        NOT FILED            .00             .00
FRECH LICK CONDO ASSO     UNSECURED        NOT FILED            .00             .00
THOMAS W LYNCH            DEBTOR ATTY      1,849.00                         1,374.52
TOM VAUGHN                TRUSTEE                                             617.21
DEBTOR REFUND             REFUND                                                 .00


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05788 MARY P BRAGGS
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 8,904.39  |               |
| PRIORITY             |           | .00           |
| SECURED              |           | 5,262.86      |
| INTEREST             |           | 1,649.80      |
| UNSECURED            |           | .00           |
| ADMINISTRATIVE       |           | 1,374.52      |
| TRUSTEE COMPENSATION |           | 617.21        |
| DEBTOR REFUND        |           | .00           |
| TOTALS               | 8,904.39  | 8,904.39      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE